

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00028-CV

**LAREDO TEXAS HOSPITAL COMPANY, L.P.** d/b/a Laredo Medical Center,
Appellant

v.

Zulema **CABRERA**, Individually and on Behalf of the Estate of David Cabrera, Deceased,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2020-CVB-000897-D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We order appellant to pay the costs of this appeal.

In accordance with Texas Rule of Appellate Procedure 43.5, we RENDER judgment against The Hanover Insurance Company, the surety on appellant's supersedeas bond, for performance of the judgment and costs taxed against appellant.

SIGNED December 11, 2024.

Beth Watkins, Justice